**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PETER ZENDRAN

VS. CA 04-455 ML

PROVIDENCE POLICE DEPARTMENT

## MOTION TO EXTEND TIME FOR DISCOVERY

Peter Zendran, Pro se Plaintiff, moves to extend time for Discovery due to further circumstances that were unforeseen and have an effect on the case that it impedes Discovery.

1. As mentioned in the previous Motion to Extend Time for Discovery the Rhode Island Attorney General's Office is investigating the Providence Police for failing to provide Pro Se Plaintiff with information relevant to the case as per R.I.G.L. 38-2. This request was made to get the Providence Police to voluntarily comply so as not to burden the Court and Pro se Plaintiff with filing a subpoena. Furthermore Pro se Plaintiff is waiting to receive interrogatories from four material witnesses, Daniel Nuey, David Boucher, Clarence Gough, and Officer Kenneth Court # 366, containing Depositions and Discovery has been further complicated in circumstances regarding Linda Pollaro, a material witness, who has changed locations, attempted to solicit her way out of giving a deposition, and when sent an interrogatory by Certified Mail in February 2005 said interrogatory was lost in transit. Counsel for Defendant also made a questionable remark when he mentioned that the knew nothing of my contacting the Rhode Island Attorney general's office in regards to the Providence Police refusing to provide information when in the letter that the Attorney General's office sent me they clearly stated that Counsel for Defendant was contacted. Evidence supporting this is on file with the court in the previous Motion to Extend Time for Discovery. Full names for witnesses are still missing and this impedes Discovery.

2. Pro Se Plaintiff received no notification of the Court's rejection of the previous Motion to Extend Time for Discovery until June 6, 2005 when Pro Se Plaintiff visited the Clerk's Office in person and learned that United States Magistrate Judge David Martin had rejected the previous Motion to Extend Time for Discovery.

3. Gregory Bolden, badge # 496, a material witness as stated in Section IV, Paragraph 2 of the Claim, has since May 24, 2005 been deceased. Gregory Bolden is a key material witness in the case and his full name is on a police report which Pro Se Plaintiff has shared with Counsel for defendant. The full circumstances of his death are unknown and impedes Discovery until they are fully known.

4. Substantial evidence regarding Section IV, Paragraph 2 of the Claim has been acquired by Pro Se Plaintiff. The junkie Pro Se Plaintiff pepper sprayed in self defense has been identified as Deborah Ware. Pro Se Plaintiff has since learned that before, on the day of, and after the incident described in the above mentioned paragraph that Deborah Ware had been in contact with an Annette Womack in illegal narcotics trafficking and usage and that Annette Womack is HIV positive from prescription slips from HIV medication dating to within days of the incident described in the above mentioned paragraph, not known to Pro se Plaintiff at the time of that incident, and Deborah Ware may have intended to murder Pro se plaintiff by infecting him with HIV. This needs to be examined.

5. Counsel for Defendant has contacted James Powell to give a Deposition without notifying Pro Se Plaintiff of the Deposition. James Powell has stated in writing in February 2004 that he has requested that Pro Se Plaintiff Advocate for him in appealing his case with Brown University. Pro Se Plaintiff did not know of this until March 2005 when he had passed James Powell on South Main Street in Providence and Mr. Powell acted nervously, stating Counsel for Defendant told him not to contact Pro Se Plaintiff in person.

Pro Se Plaintiff has done all within his means to get this matter prepared for Trial, the abovementioned incidents were unanticipated and impede Discovery, wherefore Pro Se Plaintiff respectfully requests that Time for Discovery be extended by five months.

Signature of Pro Se Plaintiff

**CERTIFICATE OF SERVICE**

This is to Certify that I delivered a copy of the Motion to Extend Time for Discovery to Counsel for Defendant by hand delivering a copy of the Motion to Counsel for Defendant's office on June 9, 2005.

Signature of Pro Se Plaintiff