UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER ZENDRAN              :

VS.                        :    C.A. No. 04-455ML

PROVIDENCE POLICE DEPARTMENT :

## DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO EXTEND TIME FOR DISCOVERY

Now comes the Defendant in the above entitled matter and hereby objects to the Plaintiff's Motion to Extend Time for Discovery. Defendant relies on its accompanying Memorandum in support thereof

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

_____
Kevin F. McHugh (#3927)
Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax

## CERTIFICATION

I hereby certify that on this /5th day of June 2005, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

Mr. Peter Zendran
780 Reservoir Avenue, #181
Cranston, RI 02910

*[signature]*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

PETER ZENDRAN                        :

VS.                                  :        C.A. No. 04-455ML

PROVIDENCE POLICE DEPARTMENT         :

## MEMORANDUM IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO EXTEND TIME FOR DISCOVERY

The Plaintiff has conducted no discovery in this case. What he has allegedly done outside of the case is make a public records request under. R.I.G.L. 38-2-1. A copy of the document he alleges he sent to the police department is attached hereto. That request is not part of the instant case and was not sent to or received by counsel of record until he received the Plaintiff's Motion. That is the first reason the Plaintiff cites for the motion.

Reason 2 and 3 involve non-parties who have not been subpoenaed as any part of this case. The extension is both unnecessary and avoidable.

As to reason number 5, Defendant's Counsel has never contacted a James Powell.

This Court has already denied this Motion once before. A copy of the Magistrate Judge's decision is attached hereto. Nothing has changed to justify the granting of the instant motion.

WHEREFORE, Defendant prays that Plaintiff's Motion for an Extension of Time be denied

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

_____
Kevin F. McHugh (#3927)
Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax

## CERTIFICATION

I hereby certify that on this 15th day of June 2005, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

Mr. Peter Zendran
780 Reservoir Avenue, #181
Cranston, RI 02910

2

> 
> Jessica
> Below is the copy of the info request I sent to the Providence Police on
> Feb. 4.
> Peter Zendran II
>
>
> Providence Police Department
> 325 Washington St.
> Providence, RI, 02903
>
> To whom this may concern,
>
>     I am asking that you provide me with the following information as allowed
> by R.I.G.L. 38-2.
>
> 1.  The duty assignments of Officers Bolden, badge # 496, and San
> Antonio, badge # 604, on February 19, 2003 and Sgt. Louis Iacobucci,
> Officers Court, badge # 366, Schiavulli, badge # 651, and Doucette,
> badge # 475 on May 22, 2004.
>
> 2.      All complaints and disciplinary reports against the officers
> mentioned above in paragraph # 1.
>
> 3.      Any and all documents in which Mr. Peter Zendran is mentioned
> since September 14, 2001.
>
> 4.      The names of the jailers who were on duty between 1:00 PM on
> February 19, 2003 and 8:45 AM on February 20, 2003 and 9:45 PM on May
> 22, 2004 and 7:45 AM on May 24, 2004.
>
> 5.      The standard operating procedure for obtaining information from
> detainees, arrest procedures, treatment of detainees by Providence
> Police.
>
> 6.      The names of all detainees who were held with Mr. Zendran
>
> 7.      All requests for information regarding Mr. Zendran.
>
> Per R.I.G.L 38-2 I am giving the Providence Police Department 10 days to
> send me the information.
>
>
> Peter Zendran
> 780 Reservoir Ave. # 181
> Cranston, RI
> --
>   Peter Khan Zendran
>   peterkhanzendran@fastmail.fm
>
>
>
>
http://www.peterkhanzendran.com

2