**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PETER ZENDRAN

VS. CA 04-455 ML

PROVIDENCE POLICE DEPARTMENT

**PRO SE PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO PRO SE PLAINTIFF'S MOTION TO EXTEND TIME FOR DISCOVERY**

1. The first two paragraphs in Defendant's Objection to this new Motion are repeats of paragraphs in the Objection to the previous Motion. Paragraph 2 in Pro Se Plaintiff's new Motion refers to the fact that Pro Se Plaintiff received no notification of Magistrate Judge Martin's decision until 16 days after the decision was made since Pro Se Plaintiff was never notified of the decision until he asked the Clerk about it on June 6, 2005 since Pro Se Plaintiff never received any mail regarding Magistrate Judge Martin's decision on the previous Motion. Also Paragraph 3 in the new Motion refers to a new circumstance, the death of Gregory Bolden, Badge # 496 in which the full circumstances are not fully known and need to be examined, which was not mentioned in the previous Motion.

2. The information requests do constitute Discovery as per Rule 26 of Federal Rules of Civil Procedure. Pro Se Plaintiff had obtained Police Reports and File Depositions, which have been shared with Counsel for Defendant, in this manner without subpoena, which would have caused a financial burden on Pro Se Plaintiff who is on a fixed income.

3. As Pro Se Plaintiff said in the Motion James Powell had contacted him in March 2005 telling him he was not to speak with Pro Se Plaintiff since Counsel for Defendant had contacted him in regards to obtaining a Deposition without notifying Pro Se Plaintiff. Counsel for defendant needs to clarify his actions since in his Proposed Discovery Plan he mentions getting a Deposition from James Powell.

WHEREFORE Pro Se Plaintiff asks that the Motion to Extend Time for Discovery be granted, since Pro Se Plaintiff is doing all within his means to get this case prepared for Trial.

Signature of Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PETER ZENDRAN

VS. CA 04-455 ML

PROVIDENCE POLICE DEPARTMENT

**CERTIFICATE OF SERVICE**

This is to Certify that I served Counsel for Defendant with a copy of the Response on June 28, 2005 by hand delivering a copy to Counsel for Defendant's office.

Signature of Pro Se Plaintiff