# Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the District of Rhode Island
File Number CA 04-455 ML

Peter Zendran, Pro Se Plaintiff

v. Notice of Appeal

Providence Police Department, Defendant

Notice is hereby given that Peter, Pro Se Plaintiff, hereby appeal to the United States Court of Appeals for the First Circuit from an order by United States Magistrate Judge David Martin denying a Motion by Pro Se Plaintiff to Extend Time for Discovery entered on June 30, 2005 entered in this action on the 26th day of July, 2005.

Peter Zendran
Pro Se Plaintiff
780 Reservoir Avenue # 181
Cranston, RI 02910

**CERTIFICATE OF SERVICE**

This is to certify that I, Peter Zendran, Pro Se Plaintiff, served counsel for Defendant, Kevin McHugh, with a copy of the Notice of Appeal via personal delivery to his office at 275 Westminster St. Providence, RI 02903 with instructions to his staff to make sure he received it on July 26, 2005.

Peter Zendran
Pro Se Plaintiff