**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PETER ZENDRAN | : | |
| VS. | : | C.A. No. 04-455ML |
| PROVIDENCE POLICE DEPARTMENT | : | |

## DEFENDANT'S STATEMENT OF UNDISPUTED FACTS

1. The City of Providence has not been named as a Defendant in this case. (Complaint).

2. No individual has been named as a Defendant in this case. (Complaint).

3. There is no allegation in the Complaint that the City has an unconstitutional policy, custom or widespread practice of falsely arresting or maliciously prosecuting citizens (Complaint).

4. The Plaintiff has not identified a Final Policy Maker for the City. (Complaint).

5. There is no allegation that anything that the City did caused the Plaintiff's damages. (Complaint)

6. The Providence Police Department is a subdivision of the Public Safety Department (Providence Home Rule Charter §1001.

DEFENDANT,
CITY OF PROVIDENCE
By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax

**CERTIFICATION**

I hereby certify that on this 1st day of ~~July~~ August, 2005, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

Mr. Peter Zendran
780 Reservoir Avenue, #181
Cranston, RI 02910

Carolyn M. Ranucci
_______________________________