UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER ZENDRAN

v. C.A. No. 04-455ML

PROVIDENCE POLICE DEPARTMENT

**ORDER**

This matter is before the court on Plaintiff's Notice of Appeal and Motion for Leave to Appeal in Forma Pauperis. Plaintiff is attempting to appeal Magistrate Judge Martin's order denying his motion to extend time for discovery directly to the First Circuit Court of Appeals. Magistrate Judge Martin's order was appealable to this court and not the First Circuit. To receive this court's review, Plaintiff had to file his objection, with this court, within ten days of service of a copy of the order. See Fed. R. Civ. P. 72(a). Magistrate Judge Martin's order was entered on June 30, 2005; Plaintiff filed his motion on July 26, 2005. In addition to filing his motion with the wrong court the motion was filed out of time.

Accordingly, because Plaintiff's appeal is procedurally defective and his motion was filed out of time, his motion for Leave to Appeal in Forma Pauperis is denied.

SO ORDERED

Mary M. Lisi
United States District Judge
August 19, 2005