# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**PETER ZENDRAN,**
**Plaintiff,**

**v.** **C.A. No. 04-455ML**

**PROVIDENCE POLICE DEPARTMENT,**
**Defendant.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for defendant PROVIDENCE POLICE DEPARTMENT, against plaintiff PETER ZENDRAN, pursuant to this Court's Memorandum and Order dated October 5, 2005, GRANTING defendant's Motion for Summary Judgment.**

Enter:

D. Durand

Deputy Clerk

DATED: **October 5, 2005**