# Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United states District Court for the District of Rode Island
File Number CA 04-455 ML

PETER ZENDRAN

V. Notice of Appeal

PROVIDENCE POLICE DEPARTMENT

Notice is hereby given that Peter Zendran, Pro se Plaintiff, hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered by United States District Judge Mary Lisi on October 5, 2005 entered in this action on the 28th day of October 2005.

[signature]

Peter Zendran
Pro Se Plaintiff

Certifying that I served counsel for defendant on October 28, 2005 by hand delivery Notice of Appeal to counsel for Defendant on this date.

[signature]

Peter Zendran
Pro Se Plaintiff