***United States District Court***
***For The District of Rhode Island***
***Providence, RI 02903***

***November 1, 2005***

***Richard Donovan, Clerk***
***U.S. Court of Appeals***
***One Courthouse Way, Suite 2235***
***Boston, MA 02109***

***RE: Peter Zendran v. City of Providence, et al***
***USDC-RI CA 04-455ML***
***USCA NO. #***

***Dear Mr. Donovan:***

***Enclosed herewith please find a supplemtnal on appeal together with a certified copy of the docket entries in the above entitled case.***

***Kindly acknowledge receipt for the same on the enclosed copy of this letter.***

***Sincerely yours,***

***David A. DiMarzio***
***Clerk of Court***

***By:*** Barbara Barletta
***Deputy Clerk***

***Enc. Order granting motion for IFP (DE #33)***