UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

October 31, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CCA# 05-2660

CA 04-455ML
Peter Zendran v. Providence Police Department

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries together with the appeal cover sheet and case file.

✓ Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Enc.: Case File
Certified Docket