MANDATE

04-00455
USDC RI
Lisi

# United States Court of Appeals
## For the First Circuit

---

No. 05-2660

PETER ZENDRAN,

Plaintiff, Appellant,

v.

PROVIDENCE POLICE DEPARTMENT,

Defendant, Appellee.

---

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

JUDGMENT

Entered: June 12, 2006

Appellant Peter Zendran appeals from the district court's grant of summary judgment to the appellee, the Providence Police Department. We have carefully reviewed the record and the parties' briefs, and we affirm the judgment of the district court for essentially the reasons stated in its Memorandum and Order, dated October 5, 2005 (docket # 26). We also find that the district court did not abuse its discretion in denying appellant's motions to extend the deadline for completing discovery and agree with the reasoning set out in the Order of the magistrate judge, dated May 20, 2005 (docket # 16). See Mack v. Great Atlantic & Pacific Tea Co., 871 F.2d 179, 186 (1st Cir. 1989) (the court of appeals will intervene in discovery matters only where the district court's discovery order was "plainly wrong").

Summarily Affirmed. See Local Rule 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 7/6/06

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Peter Zendran, Kevin F. McHugh, Esq.]